# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Coastline Electrical Services, Inc.**                              Case No. **19-50269**

                                    Debtor(s)                                Chapter **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☑ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☑ Schedule A/B – Property
- ☐ Schedule C – The Property You Claim as Exempt
- ☐ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☐ Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
- ☐ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
  *($31.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☐ **Creditor(s) added**         ☐ **Creditor(s) deleted**
  - ☐ **Change in amounts owed or classification of debt**
  - ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**]
  - ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G – Executory Contracts and Unexpired Leases
- ☑ Schedule H – Codebtors
- ☐ Schedule I – Your Income
- ☐ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

- ☐ Statement of Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **March 7, 2019**

                                    /s/ Kelly M. Barnhart
                                    **Kelly M. Barnhart**
                                    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
                                    State Bar No.:   **VSB #65246 VA**
                                    Mailing Address: **Roussos & Barnhart PLC**
                                                     **500 E. Plume Street, Ste. 503**
                                                     **Norfolk, VA 23510**
                                    Telephone No.:   **757-622-9005**

[amendcs ver. 12/16]

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Coastline Electrical Services, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **19-50269** |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*     **A/B and H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2019**          X **/s/ Eric G. DePiazzy**
                                             Signature of individual signing on behalf of debtor

                                             **Eric G. DePiazzy**
                                             Printed name

                                             **Owner/Officer**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Coastline Electrical Services, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): **19-50269**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **TowneBank (available funds)** | **Checking** | **8973** | **$29,465.53** |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.** — **$29,465.53**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:    **896,831.95**    -    **0.00**    =....    **$896,831.95**
                              face amount              doubtful or uncollectible accounts

| Debtor | **Coastline Electrical Services, Inc.** | Case number *(If known)* **19-50269** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$896,831.95** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2018 Volvo XC90; VIN: YV4A22PK3J1364374** | $0.00 | | $48,900.00 |
| 47.2. | **3 Ford Vans (no liens)** | $0.00 | | $4,000.00 |
| 47.3. | **2018 Ford Escape; VIN: 1FMCU0F73JUB20970** | $0.00 | | $11,062.00 |
| 47.4. | **2018 Ford Escape; VIn: 1FMCU0F75JUB20971** | $0.00 | | $11,090.00 |
| 47.5. | **2018 Ford Escape; VIN: 1FMCU0F74JUB80028** | $0.00 | | $12,000.00 |

| Debtor | **Coastline Electrical Services, Inc.** | Case number *(If known)* **19-50269** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.6. | **2017 Ford F-450; VIN: 1FD9W4GT6HEE59041** | $0.00 | $42,000.00 |
| 47.7. | **2018 Ford Transit VAN; VIN: 1FTYR1CM1JKA51087** | $0.00 | $31,965.00 |
| 47.8. | **2017 Ford F-150 pickup; VIN: 1FTMF1C86HKE03438** | $0.00 | $16,000.00 |
| 47.9. | **2017 Ford F-150 pickup; VIN: 1FTFX1CG8HKD56944** | $0.00 | $16,000.00 |
| 47.10. | **2017 Ford F-150; VIN: 1FTEX1CPXHFC42349** | $0.00 | $16,000.00 |
| 47.11. | **2017 Ford F-150 pickup; VIN: 1FTEX1CP0HKC58700** | $0.00 | $15,000.00 |
| 47.12. | **2017 Ford F-150 pickup; VIN: 1FTEX1CP4HKD15335** | $0.00 | $13,000.00 |
| 47.13. | **2017 Ford F-150 pickup; VIN: 1FTEX1C83HFC00064** | $0.00 | $13,000.00 |
| 47.14. | **2018 Ford F-150 pickup; VIN: 1FTEW1EG1JFC52631** | $0.00 | $53,775.00 |
| 47.15. | **2018 Ford F-150 VIN 1FTEX1CP3JFA14473** | $0.00 | $18,000.00 |

| | | |
|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | |
| 49. | **Aircraft and accessories** | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | |
| | **1 2012 Volvo Excavator Model EC35c S/N 5520 SN: VCEC350L00005236** | Unknown    Unknown |
| | **2018 BWISE DLP 14-15 Dump Trailer s/n 58CB1DC25JC005233 and attachments** | $0.00    $5,000.00 |
| | **2013 Wacker Neuson 38ZS Compact Excavatar S/N WNCE0701CPAL00400** | $0.00    $12,000.00 |

| Debtor | **Coastline Electrical Services, Inc.** | Case number *(If known)* **19-50269** |
|---|---|---|
| | Name | |

| Description | | Value |
|---|---|---|
| 2012 John Deere 329D Skid Steer Track Loader sn/n 1T0329DAECD2<br>2004 Bobcat 30C Auger Skid Steer Attachment s/n 944503556<br>2012 Bobact LT313 Trencher Skid Steer Attachment s/n 45408683<br>2000 MK Diamond Core Drill w/st s/n 798C60330006<br>2011 Husqvama X150 Soft-Cut Saw s/n 1283474005<br>2011 Wacker Neuson BFS1318AB Walk Behind Saw s/n 10031983 | $0.00 | $20,000.00 |
| 2 2008 scissor lifts, Genie GS1930; Serial Nos. GS3008B-95487, GS3008B-89623<br>1 2007 scissor lift, Genie GS1930; Serial No. 83132 | $0.00 | $4,800.00 |
| 2 2008 scissor lifts, Genie GS1930; Serial Nos. GS3008B-94310; GS3008B-95689 | $0.00 | $3,500.00 |
| 1 2012 Volvo EC20C Excavator trailer; Serial No. NSN, VCE020CV00002589 | $0.00 | $13,000.00 |
| 4 scissor lifts, Genie GS1930; Serial Nos. 0200181382; 0200194359; GR07-10175, GR07-10184 | $0.00 | $4,800.00 |
| 2013 Wacker 38Z3 Compact Excavator (Serial No. WNCE0701CPAL00400) | $0.00 | $13,500.00 |
| 2012 Genie Boom Lift; Towable (Serial No. TZ5012-349) | $0.00 | $15,000.00 |
| 3 2012 Scissor lifts, Genie GS1930, Skyjack SJ3219 (Serial Nos. 0200207907; 0200212708; 0200209724; 22030776; 22036399) | $0.00 | $7,500.00 |
| 2 2013 Volvo EC35C Excavators | $0.00 | $27,000.00 |

51. **Total of Part 8.**     **$447,892.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 4

| Debtor | **Coastline Electrical Services, Inc.** | Case number *(If known)* **19-50269** |
|---|---|---|
| | Name | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Coastline Electrical Services, Inc.**                                   Case number *(If known)*  **19-50269**
          *Name*

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,465.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $896,831.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $447,892.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,374,189.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,374,189.48 |

**Fill in this information to identify the case:**

Debtor name: **Coastline Electrical Services, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): **19-50269**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **Fox Capital Group, Inc.** | ☐ D _____ <br> ■ E/F __3.18__ <br> ☐ G _____ |
| 2.2 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **Chrome Financial** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **Fora Financial Business Loans, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **Wynne Volvo of Hampton** | ■ D __2.28__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **Star Capital Group, LP** | ■ D __2.14__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Coastline Electrical Services, Inc.** | Case number *(if known)* | **19-50269** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **TowneBank** | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Eric George Depiazzy** | **12505 Bay Hill Drive Chester, VA 23836** | **TowneBank** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Keith Walter Smith** | **225 Milstead Road Newport News, VA 23606** | **Fox Capital Group, Inc.** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.9 | **Keith Walter Smith** | **225 Milstead Road Newport News, VA 23606** | **Chrome Financial** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Keith Walter Smith** | **225 Milstead Road Newport News, VA 23606** | **Fora Financial Business Loans, LLC** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |